UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGNES XIAOHONG XIE,

                Plaintiff,                18-CV-12092 (JPO)

    -v-                        ORDER

CARUSO, SPILLANE, LEIGHTON,
CONSTRASTANO, SAVINO &
MOLLAR, P.C., DANIEL J. SAVINO, Jr.
ESQ., VALERIE MALLOY, ESQ,

                Defendants.

J. PAUL OETKEN, District Judge:

      For the reasons stated on the record, plaintiff's motion to reopen the case is granted. The Court reserves decision on whether Andrew Bluestone has a valid charging lien. Defendants shall file a motion to enforce the disputed settlement on or before October 8, 2021. Mr. Bluestone shall make an additional filing on or before October 22, 2021. Plaintiff shall file any response on or before November 22, 2021. The Clerk of Court is directed to terminate the motions at ECF Docket Numbers 67, 68, 69, 70, 72, and 73.

      SO ORDERED.

Dated: September 8, 2021
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge