UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGNES XIAOHONG XIE,

                   Plaintiff,

-v-

CARUSO, SPILLANE, LEIGHTON, CONSTRASTANO, SAVINO & MOLLAR, P.C., *et al.*,

                   Defendant.

18-CV-12092 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The Court held a conference in this matter on June 14, 2024. As discussed in the conference, the parties shall adhere to the following deadlines:

- **All** document production shall be completed by August 15, 2024.
- Fact depositions shall be completed by October 15, 2024.
- All expert discovery shall be completed by December 16, 2024.
- Defendants' motion for summary judgment, if any, shall be filed by January 15, 2025.

      SO ORDERED.

Dated: June 14, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge