```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
AGNES XIAOHONG XIE,

                Plaintiff,

-v-

CARUSO, SPILLANE, LEIGHTON, CONSTRASTANO, SAVINO & MOLLAR, P.C., et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 12092 (JPO) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Telephone conferences in advance of the settlement conference with counsel only to discuss the parties' settlement positions are scheduled for **Wednesday, March 19, 2025** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 862 788 199#, at the following times:

- Plaintiff's pro bono counsel shall call the conference line at 3:00 p.m. ET
- Defendants' counsel shall call the conference line at 3:30 p.m. ET

Dated:      New York, New York
              February 12, 2025

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**