UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGNES XIAOHONG XIE,

                        Plaintiff,


        -v-                                            CIVIL ACTION NO.: 18 Civ. 12092 (JPO) (SLC)

                                                       **ORDER**

CARUSO, SPILLANE, LEIGHTON, CONSTRASTANO,
SAVINO & MOLLAR, P.C., et al.,

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        Plaintiff's requests at ECF No. 133 are **DENIED.**  The settlement conference set for March

20, 2025 (ECF No. 130) and the accompanying telephone conferences set for March 19, 2025 (ECF

No. 131) will occur as scheduled.

        The Clerk of Court is respectfully directed to close ECF No. 133.

Dated:        New York, New York
              February 14, 2025

                                SO ORDERED.



                                _____
                                SARAH L. CAVE
                                **United States Magistrate Judge**