UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGNES XIAOHONG XIE,

                       Plaintiff,

-v-

CARUSO, SPILLANE, LEIGHTON, CONSTRASTANO, SAVINO & MOLLAR, P.C., et al.,

                       Defendants.

CIVIL ACTION NO. 18 Civ. 12092 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's requests at ECF No. 150 (the "Motion") are **DENIED**. The settlement conference set for March 20, 2025 (ECF No. 130 ("Settlement Conference")) and the accompanying telephone conferences set for March 19, 2025 (ECF No. 131) will occur as scheduled.

First, Plaintiff is represented by pro bono counsel for the limited purpose of representation at the Settlement Conference, and Plaintiff, not her pro bono counsel, filed the Motion, which specifically relates to the Settlement Conference. (ECF Nos. 120; 150). Plaintiff did not state in the Motion whether she discussed the Motion with her pro bono counsel before she filed it.

Second, Defendants' counsel, Jamie Wozman, Esq., signed Defendants' Attendance Acknowledgment Form and stated that Grace Song, Esq. "will attend the [Settlement Conference] with" her. (ECF No. 150-1). On March 19, 2025, Ms. Song sent an email to Chambers, Plaintiff, and counsel of record in the case confirming that she and Ms. Wozman will attend the Settlement Conference on behalf of Defendants.

2

Third, the <u>Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave</u> requires that a person with settlement authority for each party attend the Settlement Conference, and the Court presumes the parties' compliance until proven otherwise. (<u>See</u> ECF No. 135 at 5 ¶ 7). Defendants' counsel indicated that two individuals, including Defendant Valerie Malloy and another "relevant decisionmaker[,]" will participate in the settlement conference. (ECF No. 150-1). The Court will re-confirm at the settlement conference that persons authorized to exercise binding settlement authority for the parties are present.

The Clerk of Court is respectfully directed to close ECF No. 150.

Dated:   New York, New York
         March 18, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**