UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGNES XIAOHONG XIE,

              Plaintiff,

-v-

CARUSO, SPILLANE, LEIGHTON, CONSTRASTANO,
SAVINO & MOLLAR, P.C., et al.,

              Defendants.

CIVIL ACTION NO. 18 Civ. 12092 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, April 3, 2025, it is ORDERED that on or before **April 10, 2025** the parties shall file a joint letter setting forth the status of their settlement negotiations.

Dated:    New York, New York
            April 3, 2025

                                     SO ORDERED.

                                     **SARAH L. CAVE**
                                     **United States Magistrate Judge**