UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGNES XIAOHONG XIE,

               Plaintiff,

-v-

CARUSO, SPILLANE, LEIGHTON, CONSTRASTANO, SAVINO & MOLLAR, P.C., et al.,

               Defendants.

CIVIL ACTION NO. 18 Civ. 12092 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

After review of the parties' joint status letter (ECF No. 165) it is ORDERED that:

1. A telephone conference with Plaintiff and her pro bono counsel only is scheduled for **Thursday, May 1, 2025 at 3:00 p.m. ET** on the Court's conference line: (855) 244-8681; access code: 2308 226 4654.

2. On or before **May 8, 2025**, the parties shall file a joint letter setting forth the status of their settlement negotiations.

Dated:     New York, New York
            April 25, 2025

                                      SO ORDERED.

                                      _/s/ Sarah L. Cave_____
                                      **SARAH L. CAVE**
                                      **United States Magistrate Judge**