UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGNES XIAOHONG XIE,

                Plaintiff,

-v-                                        CIVIL ACTION NO. 18 Civ. 12092 (JPO) (SLC)

CARUSO, SPILLANE, LEIGHTON, CONSTRASTANO,          **ORDER**
SAVINO & MOLLAR, P.C., et al.,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on June 23, 2025, a videoconference hosted by the Court on the Webex platform is scheduled for **Wednesday, July 2, 2025, at 10:45 a.m. ET**. Counsel and a representative of each party shall attend. The Court will provide a link before the videoconference.

Dated:      New York, New York
              June 24, 2025

                                                      SO ORDERED.

                                                      _/s/ Sarah L. Cave_
                                                     SARAH L. CAVE
                                                     **United States Magistrate Judge**